

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GUS MASSEY JR., | § | No. 08-22-00090-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law Number Three |
| EL PASO, TEXAS CITY ATTORNEY'S OFFICE, | § | of El Paso County, Texas |
| | § | (TC# 2021-CCV00636) |
| Appellee. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect to costs. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF APRIL, 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.